WR-83,996-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/9/2015 7:04:32 PM
Accepted 10/12/2015 3:55:08 PM
ABEL ACOSTA
CLERK

No. _____

|  |  |  |
|---|---|---|
| IN RE SYLVIA MARTINEZ | § § § § § § | IN THE TEXAS COURT OF CRIMINAL APPEALS AT AUSTIN, TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
10/12/2015
ABEL ACOSTA, CLERK

---

# MOTION FOR *EMERGENCY* STAY OF AN ORDER OF THE COURT OF APPEALS FOR THE FOURTH COURT OF APPEALS DISTRCT OF TEXAS IN CAUSE NO. 04-15-00348-CR

---

**NICHOLAS "NICO" LAHOOD**
Criminal District Attorney
Bexar County, Texas

**LAUREN A. SCOTT**
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone No. (210) 335-2885
Email: lscott@bexar.org
State Bar No. 24066843

**Attorneys for the State**

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this motion asking for an emergency stay of a mandamus order of the Court of Appeals for the Forth Court of Appeals District of Texas in Cause No. 04-15-00348-CR. In support of this motion the State would show the Court the following:

## I. The Orders

Real party in interest, Sylvia Martinez, is charged with committing prostitution. *See* Tex. Penal Code § 43.02. She was indicted on February 26, 2015 and on March 18 2015 she was arraigned and defense counsel was appointed. The case was set for trial on June 5, 2015 and Martinez filed a pre-trial application for writ of habeas corpus on the same day the case was set for trial. On Monday June 8, 2015, the trial court denied Martinez's request to issue a writ. On the same day, Martinez filed a petition for writ of mandamus with the Respondent, the Fourth Court of Appeals, and on June 15, 2015 she filed a supplemental memorandum for the petition for mandamus. On August 26, 2015, the Respondent conditionally granted the petition of mandamus and ordered the trial court to rule on Martinez's habeas application or provide her enough time to file her application in another court.

## II.  The Application for Mandamus

In addition this emergency motion for stay, the State will be filing an application for writ of mandamus in this Court seeking relief from the order of the Court of Appeals for the Fourth Court of Appeals District of Texas which requires that the trial court must decide to issue the writ and to grant or deny the relief requested.

## III.  Emergency Relief Necessary

Unless an emergency stay is granted the issue presented in the simultaneously filed application for mandamus relief may become moot. An emergency stay is necessary to maintain the status quo and to preserve this Court's jurisdiction to consider the merits of this original proceeding. In the original mandamus proceeding, the State asks this Court to consider whether the trial court retains discretion to refuse to issue a pre-trial writ of habeas corpus on the eve of trial.

A stay order will not result in prejudice to any of the parties to this action. It will merely preserve the status quo, until this Court is able to resolve the issue presented in the State's mandamus application.  Therefore the State asks this Court for an emergency stay of the Fourth Court's order in reference to this matter until such time as this Court disposes of the matter presented.

## IV. CERTIFICATION OF DILIGENT EFFORT TO NOTIFY

I, LAUREN A. SCOTT, hereby certify that I have made a diligent effort to contact counsel for all parties identified in the certificate of service to this document to notify them of the State's request for temporary relief and that the state has applied for mandamus relief in this cause.

## PRAYER

WHEREFORE PREMISES CONSIDERED, the State asks this court for an emergency stay of all lower court proceedings and orders in reference to this matter pending resolution of the State's application for writ of mandamus.

Respectfully submitted,

**NICHOLAS "NICO" LAHOOD**
Criminal District Attorney
Bexar County, Texas

/s/ Lauren Scott

_____

**LAUREN A. SCOTT**
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva, 7th Floor
San Antonio, Texas 78205-3030
Telephone No. (210) 335-2885
State Bar No. 24066843

Attorneys for the State

## CERTIFICATE OF SERVICE

I, Lauren A. Scott, Assistant Criminal District Attorney for Bexar County, Texas, certify that a copy of the foregoing document is being electronically mailed to the following parties and they are being made aware of the State's application for writ of mandamus and that the State is requesting the emergency relief requested here:

**Respondent/Court of Appeals Justices**

Hon. Chief Justice Cathy Stone
Hon. Justice Marilyn Bernard
Hon. Justice Rebecca Martinez
Fourth Court of Appeals

**Real Party in Interest**

Sylvia Martinez
*Represented by:*
Chad P. Van Brunt
State Bar No. 24070784
Angela Moore
State Bar No. 14320110
310 S. St. Mary's Street, Suite 1830
San Antonio, Texas 78205

**Trial Court Judge**
The Honorable Steve Hilbig
187th Judicial District Court, Bexar County, Texas

/s/

_____
**Lauren A. Scott**

DATE:      October 9, 2015